IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        v.                              11-CR-206-A

ENRIQUE BOCANEGRA-MARQUEZ,

        Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $100 at the time of sentencing.

The presentence report indicates that the defendant does not have the ability to pay the special assessment of $100. Therefore, it is respectfully requested that the payment of the special penalty assessment be remitted at the time of sentencing pursuant to 18 U.S.C. §3573.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

> Asset Forfeiture/Financial Litigation Unit
> U.S. Attorney's Office--WDNY
> 138 Delaware Avenue
> Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

DATED:   Buffalo, New York, September 1, 2011.

> Respectfully submitted,
>
> WILLIAM J. HOCHUL, JR.
> United States Attorney
>
> BY:   s/ERIC M. OPANGA
> Assistant U.S. Attorney
> WESTERN DISTRICT OF NEW YORK
> 138 Delaware Avenue
> Buffalo, New York  14202
> (716)843-5700, ext. 821
> Eric.Opanga@usdoj.gov

TO:  Fonda Kubiak, AFPD
     U.S. Probation Department
       Attn:  USPO Lindsay M. Maza

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                11-CR-206-A

ENRIQUE BOCANEGRA-MARQUEZ,

            Defendant.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM-ECF system, which would then electronically notify the following CM/ECF participant on this case:

Fonda Kubiak, AFPD.

U.S. Probation Department
Attn:  USPO Lindsay M. Maza

                                                        s/KAREN S. BARONE