UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,　　　　　　　　　**11-CR-206-RJA**

　　　　v.　　　　　　　　　　　　　　　　　**STATEMENT OF DEFENDANT WITH**
　　　　　　　　　　　　　　　　　　　　　　**RESPECT TO SENTENCING FACTORS**
ENRIQUE BONCANEGRA-MARQUEZ,

　　　　　　　　　Defendant.
_____

　　　**TRACY HAYES**, affirms under penalty of perjury that:

　　　1.　　I am an Assistant Federal Public Defender in the Western District of New York and represent the Defendant, Enrique Boncanegra-Marquez, in the above-entitled action brought by the United States of America. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

　　　2.　　In accordance with those rules, it is hereby stated on behalf of the Defendant, that I have reviewed the Presentence Report and have discussed the same with Mr. Boncanegra-Marquez. There are no statements, conclusions or other information contained in that report which he disputes. Defendant accepts the Presentence Report in its full prepared form.

3. The Defendant requests that the Court advise him about all information which it will consider in imposing sentence which negatively impacts on the defendant and about which the Defendant has no prior notice from the presentence report, including, but not limited to, *ex parte* communications with United States Probation Officers and victims. *United States v. Mueller*, 168 F.3d 186 (5th Cir. 1999); *United States v. Corace*, 146 F.3d 51 (2d Cir. 1998); *United States v. Rivera*, 96 F.3d 41 (2d Cir. 1996).

**DATED:** Buffalo, New York, September 9, 2011.

Respectfully submitted,

**/s/Tracy Hayes**
Tracy Hayes
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
tracy_hayes@fd.org
Attorney for Defendant Enrique Boncanegra-Marquez

**TO:** Eric M. Opanga
Assistant United States Attorney

Lindsay M. Maza
United States Probation Officer

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

          v.                                             **11-CR-206-RJA**

ENRIQUE BONCANEGRA-MARQUEZ,

               Defendant.

_____

### **CERTIFICATE OF SERVICE**

I hereby certify that on **September 9, 2011**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Eric M. Opanga
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202

And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

1.     Lindsay M. Maza
       U. S. Probation Officer
       U. S. Probation Department
       404 U.S. Courthouse
       68 Court Street
       Buffalo, New York 14202

                                                    **/s/Donna M. Daly**
                                                    Donna M. Daly
                                                    Federal Public Defender's Office

AO 72A
(Rev. 8/82)